IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROBLES, as an individual and on behalf of all others similarly situated,

    Plaintiff,

  v.

FRITO-LAY NORTH AMERICA, INC., a Texas corporation,

    Defendant.

No. C 12-05170 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **JANUARY 17, 2013, AT 11:00 A.M.** All initial disclosure deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: December 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE